Dana Howell, Bar # 11607
Kelly Kichline, Bar # 10642
MGM RESORTS INTERNATIONAL
6385 S. Rainbow Blvd. Suite 500
Las Vegas, NV 89118
Telephone: (702) 692- 1937
Telephone: (702) 692- 5651
Fax No.:    (702) 669-4501
Email:   dhowell@mgmresorts.com
             kkichline@mgmresorts.com

*Attorneys for Defendants,*
*Bellagio, LLC dba Bellagio Hotel and Casino and*
*MGM Resorts International*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DIANA HOLMES,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>BELLAGIO, LLC, a Nevada corporation; MGM RESORTS INTERNATIONAL, a foreign corporation; *et al.*,<br><br>　　　　　Defendants. | Case No.: 2:20-cv-00576-RFB-BNW<br><br>**STIPULATION, REQUEST, AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |

　　　　Plaintiff Diana Holmes ("Plaintiff") and Defendants Bellagio, LLC d/b/a/ Bellagio Hotel and Casino ("Bellagio") and MGM Resorts International ("MGMRI") (collectively, "Defendants"), by and through their counsel of record, jointly submit this Stipulation, Request, and Order Extending Time to Answer or Otherwise Respond to Plaintiff's Complaint (the "Stipulation"). This Stipulation is made in accordance with LR IA 6-1, LR IA 6-2, and LR 7-1 of the Local Rules of this Court. This is the first request for an extension of time to file an answer or otherwise respond to Plaintiff's Complaint.

　　　　Plaintiff's Complaint was filed on March 6, 2020. Defendants moved to remove this case to Federal Court on March 23, 2020. No scheduling order has been entered in this case. The instant extension is requested because of State-wide and National events involving the Coronavirus (COVID-19) pandemic, including the complete shutdown of Defendants' operations.

Upon agreement by and between the parties, the undersigned respectfully requests this Court to grant an extension until May 1, 2020 for Defendants to file an answer or otherwise respond to Plaintiff's Complaint. By entering into this Stipulation, none of the parties waive any rights they have under statute, law, or rule.

Dated: April 1, 2020

| JONES LOVELOCK | BELLAGIO, LLC AND MGM RESORTS INTERNATIONAL |
|---|---|
| By: /s/ Nicole Lovelock | By: /s/ Kelly Kichline |
| Nicole E. Lovelock, Esq.<br>Stephen A. Davis, Esq.<br>JONES LOVELOCK<br>6675 S. Tenaya Way, Suite 200<br>Las Vegas, Nevada 89113<br>Email:  nlovelock@joneslovelock.com<br>           sdavis@joneslovelock.com<br>*Attorneys for Plaintiff*<br>*Diana Holmes* | Dana Howell, Bar # 11607<br>Kelly Kichline, Bar # 10642<br>MGM RESORTS INTERNATIONAL<br>6385 S. Rainbow Blvd., Suite 500<br>Las Vegas, NV 89118<br>Telephone: (702) 692- 1937<br>Telephone: (702) 692- 5651<br>Fax No.:    (702) 669-4501<br>Email:  dhowell@mgmresorts.com<br>           kkichline@mgmresorts.com<br>*Attorneys for Defendants*<br>*Bellagio, LLC dba Bellagio Hotel and Casino and MGM Resorts International* |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: __April 2__, 2020

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 1, 2020, I electronically filed a copy of the foregoing with the Clerk of Court using the CM/ECF system, which sent a notification of such filing (NEF) to the registered participants as identified on the NEF to receive electronic service, including:

Nicole E. Lovelock, Esq.
Stephen A. Davis, Esq.
JONES LOVELOCK
6675 S. Tenaya Way, Suite 200
Las Vegas, Nevada 89113
Email:  nlovelock@joneslovelock.com
        sdavis@joneslovelock.com
*Attorneys for Plaintiff, Diana Holmes*

                                        /s/ Kelly Kichline
                                        Dana Howell, Bar # 11607
                                        Kelly Kichline, Bar # 10642

                                        *Attorneys for Defendants.*