Nicole E. Lovelock, Esq.
Nevada State Bar No.11187
Stephen A. Davis, Esq.
Nevada Bar No. 14185
**JONES LOVELOCK**
6675 S Tenaya Way, Ste. 200
Las Vegas, Nevada 89113
Telephone: (702) 805-8450
Fax: (702) 805-8451
Email: nlovelock@joneslovelock.com
Email: sdavis@joneslovelock.com

*Attorneys for Plaintiff Diana Holmes*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DIANA HOLMES;<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BELLAGIO, LLC, a Nevada limited liability company; MGM RESORTS INTERNATIONAL, a foreign corporation; DOES I through X, and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>　　　　　Defendants. | CASE NO.: 2:20-cv-00576-RFB-BNW<br><br>**STIPULATION AND ORDER TO ALLOW PLAINTIFF ADDITIONAL TIME TO FILE OPPOSITIONS TO DEFENDANTS' MOTIONS TO DISMISS**<br>**(FIRST REQUEST)** |

　　　　Plaintiff DIANA HOLMES ("Plaintiff"), by and through her respective counsel of record, Nicole E. Lovelock, Esq. of Jones Lovelock, and Defendants BELLAGIO, LLC ("Bellagio") and MGM RESORTS INTERNATIONAL ("MGM") (hereinafter collectively referred to as "Defendants"), by and through their respective counsel of record, Kelly Kichline, Esq. of MGM Resorts International, hereby agree and stipulate to extend the time for Plaintiff to file her oppositions to Defendant MGM's Motion to Dismiss [Dkt. 21] and to Defendant Bellagio's Motion for Partial Dismissal of Plaintiff's Complaint or, in the Alternative, for a More Definite Statement [Dkt. 22] (collectively the "Motions") from May 15, 2020 to May 22, 2020.

　　　　This extension is being requested in light of constraints placed on Plaintiff's counsel due to the COVID-19 pandemic.  This is the first request for an extension of time as to Plaintiff's response

1  to said Motions. This request is made in good faith and not for the purpose of delay.

2  DATED this 14th day of May 2020.

| **JONES LOVELOCK** | **MGM RESORTS INTERNATIONAL** |
|---|---|
| By: /s/ *Nicole E. Lovelock, Esq.*<br>Nicole E. Lovelock, Esq.<br>Nevada State Bar No. 11187<br>Stephen A. Davis, Esq.<br>Nevada State Bar No. 14185<br>6675 S. Tenaya Way, Suite 200<br>Las Vegas, Nevada 89113 | By: /s/ *Kelly Kichline, Esq.*<br>Dana Howell, Esq.<br>Nevada State Bar No. 11607<br>Kelly Kichline, Esq.<br>Nevada State Bar No. 10642<br>6385 S. Rainbow Blvd., Suite 500<br>Las Vegas, Nevada 89118 |
| *Attorneys for Plaintiff Diana Holmes* | *Attorneys for Defendants Bellagio, LLC And MGM Resorts International* |

IT IS SO ORDERED.

**ORDER**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 14th day of May, 2020.

2