Dana Howell, Nevada Bar No. 11607
Kelly Kichline, Nevada Bar No. 10642
MGM RESORTS INTERNATIONAL
6385 S. Rainbow Blvd. Suite 500
Las Vegas, NV 89118
Telephone: (702) 692- 1937
Telephone: (702) 692- 5651
Fax No.:    (702) 669-4501
Email:   dhowell@mgmresorts.com
            kkichline@mgmresorts.com

*Attorneys for Defendants,*
*Bellagio, LLC and MGM Resorts International*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DIANA HOLMES,<br><br>Plaintiff,<br><br>vs.<br><br>BELLAGIO, LLC, a Nevada limited liability company; MGM RESORTS INTERNATIONAL, a foreign corporation; *et al.*,<br><br>Defendants. | Case No.: 2:20-cv-576-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED by and among the parties hereto through their respective counsel that Defendants Bellagio, LLC ("Bellagio") and MGM Resorts International ("MGMRI") (collectively, "Defendants"), may have additional time within which to submit their responsive pleadings in response to Plaintiff's Amended Complaint (ECF No. 30) ("AC") as stated herein.

On August 4, 2020, the parties hereto participated in an Early Neutral Evaluation session ("ENE"). *See* ECF No. 37. Because no settlement was reached at the ENE, pursuant to this Court's Order (ECF No. 35), Defendants' responsive pleadings to the AC are currently due to be filed no later than August 19, 2020.

Although no settlement was reached at the ENE, the parties are continuing to discuss potential resolution of this litigation. In order to preserve judicial resources as well as the parties' resources and allow adequate time to determine whether resolution of this matter may be reached, the parties stipulate and agree that Defendants shall have an extension for 30 days, up to and including Friday, September 18, 2020, to file their responsive pleadings.

This is the first stipulation for an extension of time to file Defendants' pleadings in response to Plaintiff's AC. This Stipulation is made in good faith and not for purposes of improper delay.

Dated: August 12, 2020

| **JONES LOVELOCK** | **MGM RESORTS INTERNATIONAL** |
|---|---|
| By: */s/Nicole Lovelock* | By: */s/Kelly Kichline* |
| Nicole E. Lovelock, Esq.<br>6675 S. Tenaya Way, Suite 200<br>Las Vegas, Nevada 89113<br>*Attorney for Plaintiff*<br>*Diana Holmes* | Kelly Kichline, Esq.<br>6385 S. Rainbow Blvd., Suite 500<br>Las Vegas, NV 89118<br>*Attorney for Defendants*<br>*Bellagio, LLC and MGM Resorts International* |

## **ORDER**

IT IS SO ORDERED

DATED: 6:16 pm, August 13, 2020

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE