Dana Howell, Nevada Bar No. 11607
Kelly Kichline, Nevada Bar No. 10642
MGM RESORTS INTERNATIONAL
6385 S. Rainbow Blvd. Suite 500
Las Vegas, NV 89118
Telephone: (702) 692- 1937
Telephone: (702) 692- 5651
Fax No.:    (702) 669-4501
Email:  dhowell@mgmresorts.com
          kkichline@mgmresorts.com

*Attorneys for Defendants,*
*Bellagio, LLC and MGM Resorts International*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DIANA HOLMES, | Case No.: 2:20-cv-576-RFB-BNW |
| Plaintiff, | |
| vs. | **STIPULATED AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |
| BELLAGIO, LLC, a Nevada limited liability company; MGM RESORTS INTERNATIONAL, a foreign corporation; *et al.*, | |
| Defendants. | |

IT IS HEREBY STIPULATED, by and between the parties herein, through their respective counsel that, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, all claims and all parties herein are hereby dismissed with prejudice.

///

///

///

///

///

Each party will bear her or its own costs. All parties appearing have signed this stipulation, and there are no remaining claims or parties.

Dated: October 5, 2020

| **JONES LOVELOCK** | **MGM RESORTS INTERNATIONAL** |
|---|---|
| By: */s/Nicole E. Lovelock* | By: */s/Kelly Kichline* |
| Nicole E. Lovelock, Esq.<br>6675 S. Tenaya Way, Suite 200<br>Las Vegas, Nevada 89113<br>*Attorney for Plaintiff*<br>*Diana Holmes* | Kelly Kichline, Esq.<br>6385 S. Rainbow Blvd., Suite 500<br>Las Vegas, NV 89118<br>*Attorney for Defendants*<br>*Bellagio, LLC and MGM Resorts International* |

**ORDER**

**IT IS SO ORDERED:**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 11th day of October, 2020.